No. 5163.—Fernández, aplte., *v.* González, apldo.—C. D. Arecibo. Enero 30, 1931.

(Por la corte, a propuesta del Juez Asociado Señor Aldrey.)

Considerada la moción del demandante y apelante interesando la reconsideración de nuestra sentencia de 20 de enero

del corriente año para que impongamos las costas al demandado, y vista la Ley No. 43 de 13 de marzo de 1913, enmendada por la Ley No. 11 de 14 de noviembre de 1917, y los casos *Solís* v. *Castro,* 36 D.P.R. 314; *Ortiz* v. *Silva,* 28 D. P.R. 118, y *El Pueblo* v. *Oms,* 35 D.P.R. 757, se declara la misma con lugar.

El Juez Asociado Señor Wolf disintió.